# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

RESORTS WORLD LAS VEGAS LLC, a
Delaware limited liability company,

Plaintiff(s),

v.

ROCK FUEL MEDIA, INC., a California
corporation,

Defendant(s).

2:21-cv-02218-JAD-VCF
**ORDER REGARDING MOTION TO SEAL
ECF No. 3**

Before the court is Plaintiff's Motion to Seal Exhibit A to the Complaint. (ECF No.3).

Accordingly,

IT IS HEREBY ORDERED THAT briefing on this motion is stayed pending the appearance of defendant Rock Fuel Media, Inc.

IT IS FURTHER ORDERED THAT, not later than 30 days after defendant Rock Fuel Media's appearance in this case, the parties must file a stipulation and proposed order setting a briefing schedule for ECF No. 3.

IT IS FURTHER ORDERED that Exhibit A to the complaint (ECF No. 5) remains temporarily sealed pending further order of the Court.

DATED this 25th day of January 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE