**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

RESORTS WORLD LAS VEGAS LLC,

        Plaintiff(s),

v.

ROCK FUEL MEDIA, INC.,

        Defendant(s).

2:21-cv-02218-JAD-VCF

**<u>ORDER</u>**

Before the Court is the emergency motion to withdraw as counsel (ECF NO. 45).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the emergency motion to withdraw as counsel (ECF No. 45) must be filed on or before February 21, 2023. No reply necessary.

IT IS FURTHER ORDERED that an in-person hearing on the emergency motion to withdraw as counsel (ECF NO. 45), is scheduled for 1:00 pm, February 23, 2023, in Courtroom 3D.

IT IS FURTHER ORDERED that an officer, director, or managing agent of Rock Fuel Media, Inc., must appear at the scheduled hearing at 1:00 pm, February 23, 2023, in Courtroom 3D, third floor, Lloyd D. George Federal Courthouse, United States District Court, 333 Las Vegas Blvd, S., Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that John L. Krieger, Esq. must inform his client of the scheduled hearing on February 23, 2023; and mail/email an officer, director, or managing agent of Rock Fuel Media, Inc., a copy of this order.

DATED this 14th day of February 2023.

                                              _____

                                              CAM FERENBACH
                                              UNITED STATES MAGISTRATE JUDGE