# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| Resorts World Las Vegas LLC, | 2:21-cv-02218-JAD-VCF |
| Plaintiff, | |
| vs. | **Order To Strike** |
| Rock Fuel Media, Inc., et al., | (ECF Nos. 59 and 60) |
| Defendants. | |

Barry Summers filed a notice that he is the "appointed representative" of Rock Fuel Media, Inc. (ECF No. 59) and he filed a reply to my report and recommendation (ECF No. 60). Both are rogue documents and are stricken. *Spurlock v. F.B.I.*, 69 F.3d 1010, 1016 (9th Cir. 1995) (the district court has inherent authority to strike improper filings "to promulgate and enforce rules for the management of litigation"). Barry Summers is not a lawyer, and he cannot represent Rock Fuel Media pro se.

Accordingly,

I ORDER that Barry Summers's notice (ECF No. 59) and reply (ECF No. 60) are STRICKEN.

IT IS SO ORDERED.

DATED this 27th day of July 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE