Dennis L. Kennedy
Nevada Bar No. 1462
Tayler D. Bingham
Nevada Bar No. 15870
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
TBingham@BaileyKennedy.com

*Attorneys for Defendant/Counterclaimant*
*Rock Fuel Media, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RESORTS WORLD LAS VEGAS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ROCK FUEL MEDIA, INC., a California corporation,<br><br>Defendant.<br><br>ROCK FUEL MEDIA, INC., a California corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>RESORTS WORLD LAS VEGAS LLC, a Delaware limited liability company, and DOE and ROES 1-X are unknown or not yet confirmed,<br><br>Counterdefendants. | Case No. 2:21-CV-02218-JAD-VCF<br><br>**Stipulation and Order to Extend Deadline to File Reply Brief in Support of:**<br><br>1) **Defendant/Counterclaimant Rock Fuel Media, Inc.'s Motion to Vacate the Clerk's Default [ECF No. 71]; and**<br><br>2) **Motion to Extend Time to Oppose Motion for Default Judgment [ECF No. 72]**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 80 |

Pursuant to LR IA 6-1 and LR 7-1 Plaintiff/Counterdefendant Resorts World Las Vegas LLC ("Resorts World") and Defendant/Counterclaimant Rock Fuel Media, Inc. ("Rock Fuel") (collectively, the "Parties") hereby stipulate and agree as follows:

1. On October 2, 2023, Rock Fuel filed its Motion to Vacate the Clerk's Default (ECF No. 71) and, if Necessary, (1) Motion to Extend Time to Oppose Motion for Default

Page **1** of **2**

Judgment (ECF No. 72); and (2) Opposition to Motion for Default Judgment. (ECF No. 73.)

2. On October 16, 2023, Resorts World filed its Response in Opposition to Motion to Vacate Clerk's Default (ECF No. 78), and its Response in Opposition to Motion to Extend Time to Oppose Motion for Default Judgment. (ECF No. 79.)

3. The parties have agreed to **extend the deadline for Rock Fuel to file a reply brief in support of** its (1) Motion to Vacate the Clerk's Default **(ECF No. 71)** and (2) Motion to Extend Time to Oppose Motion for Default Judgment (**ECF No. 72**) by fourteen (14) days – extending the deadline **from Monday, October 23, 2023, to Monday, November 6, 2023** – due to scheduling conflicts of the undersigned counsel for Rock Fuel

   a. Specifically, Rock Fuel's current counsel is trial counsel in a three-week jury trial in the Eighth Judicial District for the State of Nevada (*James W. Vahey, M.D., et al., vs. Black & LoBello, et al.*, Case No. A-48-768351-C, Dept. 26.) that is not estimated to finish until the end of October.

4. This is the first request for an extension related to the briefing on the Motion.

5. This Stipulation is entered into in good faith and not for purposes of delay.

DATED this 19th day of October, 2023.                    DATED this 19th day of October, 2023.

**GREENBERG TRAURIG, LLP**                                **BAILEY❖KENNEDY**

By: */s/ Bethany L. Rabe*                                By: */s/ Tayler D. Bingham*
    MARK G. TRATOS                                           DENNIS L. KENNEDY
    BETHANY L. RABE                                          TAYLER D. BINGHAM
    KIMBERLY J. COOPER

*Attorneys for Plaintiff/Counterdefendant*               *Attorneys for Defendant/Counterclaimant*

**IT IS SO ORDERED.**

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

Dated 11/6/23, *nunc pro tunc* to 10/23/23