# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Resorts World Las Vegas LLC, | 2:21-cv-02218-JAD-MDC |
| Plaintiff(s), | |
| vs. | **Order** |
| Rock Fuel Media, Inc., | |
| Defendant(s). | |

For good cause shown and because the motion is unopposed, the *Motion to Withdraw as Attorney* (ECF No. 87) is GRANTED. Dennis L. Kennedy, Esq. and Taylor Dane Bingham, Esq. of the law firm of Bailey Kennedy are to be removed as counsel of record for Rock Fuel Media, Inc. and removed from CM/ECF service.

DATED this 20th day of March 2024.

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge