**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Resorts World Las Vegas LLC, | 2:21-cv-02218-JAD-MDC |
| Plaintiff(s), | |
| vs. | **Order** |
| Rock Fuel Media, Inc., | |
| Defendant(s). | |

The Court **GRANTS IN PART and DENIES IN PART** the parties' *Fourth Amended Joint Discovery Plan and Scheduling Order* (ECF No. 91). The Court modifies the parties' proposed schedule and process as follows:

(a) Discovery Cut-Off Date: The Parties shall complete the first phase of discovery (regarding liability) in this matter by Tuesday, **July 16, 2024**. The second phase of discovery (regarding damages) shall begin on Tuesday, **August 20, 2024**, and run for one hundred and twenty days, through **December 18, 2024**. If one or more dispositive motions are filed after the first phase of discovery, the parties shall submit a Stipulation to Vacate The Discovery Deadlines for Second Phase of Discovery and which provides that the parties shall submit a proposed Discovery Plan and Scheduling Order for the Second Phase of Discovery within 20 days of the Court's ruling on the last pending dispositive motion.

(b) Rule 26(a)(1) Disclosures: The Parties have made all disclosures required by Rule 26(a)(1). The Parties acknowledge that disclosures required by Rule 26(a)(1) must supplement or correct its disclosures pursuant to Rule 26(e).

(c) Deadline for Amending the Pleadings and Adding Parties: **Closed**.

(d) Rule 26(a) Disclosures (Experts): Both Parties have made their expert disclosures in compliance with initial and amended discovery scheduling order and reserve rights to supplement as discovery progresses.

(e) Dispositive Motions: Dispositive motions as to liability shall be filed no later than thirty (30) days after the cut-off date for the first phase of discovery, specifically, Thursday, **August 15, 2024**. Dispositive motions as to damages issues shall be filed no later than thirty (30) days after the cut-off date for the second phase of discovery, specifically, **January 17, 2025** (subject to paragraph (a) above).

(f) Joint Pretrial Order: The Joint Pretrial Order shall be filed not later than **February 17, 2025**. Pursuant to LR 26-1(b)(5), in the event dispositive motions are filed, the date for filing the Joint Pretrial Order is suspended until thirty (30) days after the entry of a decision on the dispositive motions or upon further order of the Court.

(g) Rule 26(a)(3) Pretrial Disclosures: The parties shall make all disclosures required by Rule 26(a)(3) and any objections to them shall be included in the Joint Pretrial Order.

DATED this 15th day of April 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge