MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
tratosm@gtlaw.com
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
rabeb@gtlaw.com
KIMBERLY J. COOPER, ESQ.
Nevada Bar No. 9533
cooperk@gtlaw.com
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*Counsel for Plaintiff/Counterdefendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RESORTS WORLD LAS VEGAS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ROCK FUEL MEDIA, INC., a California corporation,<br><br>Defendant. | Case No.: 2:21-cv-02218-JAD-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFING** |
| ROCK FUEL MEDIA, INC., a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>RESORTS WORLD LAS VEGAS LLC, a Delaware limited liability company; and DOE and ROES I-X are unknown or not yet confirmed,<br><br>Counterdefendants. | |

RESORTS WORLD LAS VEGAS, LLC ("Resorts World") and ROCK FUEL MEDIA, INC. ("Rock Fuel"), by and through their undersigned counsel, hereby jointly move and stipulate to extend page limits on the motion for summary judgment briefing pursuant to Local Rule 7-3 for the reasons outlined below.

Page 1

ACTIVE 712815714v3

1    This is a trade secret matter. The case centers around whether Rock Fuel disclosed a "trade
2    secret" or "confidential information" to Resorts World during a September 2018 presentation, and
3    whether Resorts World subsequently used that alleged trade secret in adopting two apps, one for
4    sports betting and one that integrates various systems across its property. Resorts World will move
5    for summary judgment as to liability on July 15, 2025.
6    To provide context for the issue of whether Rock Fuel's alleged trade secret was readily
7    ascertainable and/or became publicly known, Resorts World describes the history of certain
8    technologies in the gaming industry (including what technologies were available, what patents had
9    issued, and what was being reported in the media and being disclosed at gaming industry events such
10   as G2E) over the course of many years. *See* **Exhibit 1**, Rabe Decl., at ¶ 4. Because the alleged trade
11   secret encompasses a number of concepts in combination, Resorts World seeks to provide explanation
12   and background regarding these multiple concepts. *Id*. at ¶ 5. Additionally, Resorts World would
13   like to use certain figures and graphics within the body of its motion, such as figures published in
14   patent applications, as well as bullet-point lists in their original format. *Id*., at ¶ 6. For example,
15   Rock Fuel's expert report identifies eight elements that, in combination, constitute its trade secret.
16   Including the full list in Resort World's motion would take up an entire page if provided for the
17   Court's convenience. *Id*. Additionally, other facts are best conveyed clearly by using bullet points.
18   *Id*., at ¶ 7. While the relevant facts are not necessarily complicated, they are lengthy. *Id*., at ¶ 8. The
19   parties intend to make their respective legal argument sections as concise as possible, but there are
20   three different claims at issue and one of them (trade secret misappropriation) requires discussion of
21   various elements in detail. *Id*., at ¶ 9.
22   //

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Page 2

ACTIVE 712815714v3

Counsel for the parties agree that ten (10) additional pages in their initial summary judgment briefs would assist the parties in drafting clear and straightforward briefing in a format that is easy to read for the Court. Likewise, the parties agree that Resorts World will have an additional five (5) pages in reply.

**IT IS SO STIPULATED.**

DATED this 11th day of July, 2025.

**GREENBERG TRAURIG, LLP**

/s/ Bethany L. Rabe
Mark G. Tratos (NV Bar No. 1086)
Bethany L. Rabe (NV Bar No. 11691)
Kimberly J. Cooper (NV Bar No. 9533)
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Attorneys for Resorts World Las Vegas*

DATED this 11th day of July, 2025.

**SPENCER FANE**

/s/ Linda K. Williams
Vincent J. Aiello (NV Bar No. 7970)
Linda K. Williams (NV Bar No. 12135)
300 South Fourth Street, Suite 950
Las Vegas, NV 89101
*Attorneys for Rock Fuel Media, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: 7/14/2025

ACTIVE 712815714v3