MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
tratosm@gtlaw.com
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
rabeb@gtlaw.com
KIMBERLY J. COOPER, ESQ.
Nevada Bar No. 9533
cooperk@gtlaw.com
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*Counsel for Plaintiff/Counterdefendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RESORTS WORLD LAS VEGAS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ROCK FUEL MEDIA, INC., a California corporation,<br><br>Defendant. | Case No.: 2:21-cv-02218-JAD-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO VACATE DISCOVERY DEADLINES PURSUANT TO COURT'S ORDER** |
| ROCK FUEL MEDIA, INC., a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>RESORTS WORLD LAS VEGAS LLC, a Delaware limited liability company; and DOE and ROES I-X are unknown or not yet confirmed,<br><br>Counterdefendants. | |

RESORTS WORLD LAS VEGAS, LLC ("Resorts World") and ROCK FUEL MEDIA, INC. ("Rock Fuel"), by and through their undersigned counsel, hereby stipulate and agree to vacate the discovery deadlines for the second phase of discovery for the reasons outlined below.

Pursuant to the Court's order dated April 14, 2024 [ECF No. 92], if one or more dispositive

Page 1

ACTIVE 712976738v1

motions are filed after the first phase of discovery, the parties shall submit a Stipulation to Vacate the Discovery Deadlines for the Second Phase of Discovery. On March 10, 2025, the Court granted the [Resubmitted] Stipulation and Proposed Order to Extend Discovery, Ninth Request, [ECF No. 125], which included the same instruction.

A dispositive motion (Resorts World's motion for summary judgment as to liability) was filed on July 15, 2025. *See* ECF No. 132. The parties hereby stipulate and agree that the deadlines for the second phase of discovery are vacated, with the parties to submit a proposed Discovery Plan and Scheduling Order for the Second Phase of Discovery within 20 days of the Court's ruling on the pending dispositive motion.

**IT IS SO STIPULATED.**

DATED this 17th day of July, 2025.

**GREENBERG TRAURIG, LLP**

  */s/ Bethany L. Rabe*
Mark G. Tratos (NV Bar No. 1086)
Bethany L. Rabe (NV Bar No. 11691)
Kimberly J. Cooper (NV Bar No. 9533)
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Attorneys for Resorts World Las Vegas*

DATED this 17th day of July, 2025.

**SPENCER FANE**

  */s/ Linda K. Williams*
Vincent J. Aiello (NV Bar No. 7970)
Linda K. Williams (NV Bar No. 12135)
300 South Fourth Street, Suite 950
Las Vegas, NV 89101
*Attorneys for Rock Fuel Media, Inc.*

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 7/21/2025

Page 2