Vincent J. Aiello, Esq.
Nevada Bar No. 7970
Linda K. Williams, Esq.
Nevada Bar No. 012135
SPENCER FANE, LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone (702) 408-3417
Facsimile (702) 408-3401
vaiello@spencerfane.com
lwilliams@spencerfane.com
*Attorneys for Defendant/Counter-Claimant*
*Rock Fuel Media, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RESORTS WORLD LAS VEGAS LLC, a Delaware limited liability company,<br>　　　　　Plaintiff,<br>vs.<br>ROCK FUEL MEDIA, INC., a California corporation,<br>　　　　　Defendant. | Case No: 2:21-cv-02218-JAD-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO EXPAND DEADLINES FOR THE BRIEFING OF MOTIONS FILED AS (ECF NO. 128) AND (ECF NO. 132)**<br><br>[ECF No. 144] |
| ROCK FUEL MEDIA, INC., a California corporation,<br>　　　　　Counterclaimant,<br>vs.<br>RESORTS WORLD LAS VEGAS LLC, a Delaware limited liability company,<br>　　　　　Counterdefendant. | |

RESORTS WORLD LAS VEGAS, LLC ("Resorts World") and ROCK FUEL MEDIA, INC. ("Rock Fuel"), by and through their undersigned counsel, hereby jointly move and stipulate to extend the briefing deadlines related to the briefing of Resorts World Motion to Exclude Testimony of Rock Fuel's Expert James Martin (ECF No. 128) and the briefing of Resorts World Motion for Summary Judgment on Rock Fuel's Counterclaims (ECF No. 132) pursuant to Local Rule 7-2(b) for the reasons outlined below.

This litigation concerns trade secret and breach of non-disclosure agreement entered into between the parties. The case centers on whether Rock Fuel disclosed "trade secrets" or "confidential information" to Resorts World during a September 2018 presentation and whether

1  Resorts World subsequently used that confidential information in adopting applications for its
2  Las Vegas property. Resorts World filed its Motion for Summary Judgment ("MSJ") (ECF No
3  132) and Motion to Exclude Testimony of Rock Fuel's Expert James Martin ("Daubert") (ECF
4  No. 128) on July 15, 2025.

5  Daubert (ECF No. 128) was appended with over 200 pages of documents and MSJ (ECF
6  No. 132) with nearly 1000 pages of documents. Given the volume of the documents appended
7  to these two motions it is likely that Rock Fuel's Oppositions will be similarly appended and
8  require additional time to complete the briefing.

9  Counsel for the parties agree that additional time to respond is necessary to assist the
10 parties in preparing briefing due to the stipulated extended page limits of the pleadings, the
11 extensive appendices, and the travel and work schedules of counsel. The parties therefore
12 mutually agree and stipulate that Rock Fuel's Oppositions to Daubert (ECF No. 128) & MSJ
13 (ECF No. 132) be due on **August 12, 2025** and Resorts World's Replies be due on **September
14 3, 2025**.

15  **IT IS SO STIPULATED.**

16  DATED this 24th day of July, 2025.     DATED this 24th day of July, 2025.
    **GREENBERG TRAURIG, LLP**              **SPENCER FANE**
17
       /s/  Behthany L. Rabe                   /s/  Linda K. Williams
18  ─────────────────────────────          ─────────────────────────────
    Mark G. Tratos (NV Bar No. 1086)       Vincent J. Aiello (NV Bar No. 7970)
19  Bethany L. Rabe (NV Bar No. 11691)     Linda K. Williams (NV Bar No. 12135)
    Kimberly J. Cooper (NV Bar No. 9533)   300 South Fourth Street, Suite 1600
20  10845 Griffith Peak Drive, Suite 600   Las Vegas, NV 89101
    Las Vegas, NV 89135                    *Attorneys for Rock Fuel Media, Inc.*
21  *Attorneys for Resorts World Las Vegas*

22                              **ORDER**

23  Based on the parties' stipulation [ECF No. 144] and with good cause appearing, IT IS
24 HEREBY ORDERED that Rock Fuel's oppositions to Resorts World's *Daubert* motion [ECF No.
25 128] and motion for summary judgment [ECF No. 132] are now due on **August 12, 2025**. Resorts
   World's replies are due on **September 3, 2025**.
26
27  ─────────────────────────────
    UNITED STATES DISTRICT JUDGE
28  DATED: July 24, 2025

Page 2 of 3