Vincent J. Aiello, Esq.
Nevada Bar No. 7970
Linda K. Williams, Esq.
Nevada Bar No. 012135
SPENCER FANE, LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone (702) 408-3419
Facsimile (702) 408-3401
vaiello@spencerfane.com
lwilliams@spencerfane.com
*Attorneys for Defendant/Counter-Claimant*
*Rock Fuel Media, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RESORTS WORLD LAS VEGAS LLC, a Delaware limited liability company,<br>　　　　　Plaintiff,<br>vs.<br>ROCK FUEL MEDIA, INC., a California corporation,<br>　　　　　Defendant.<br><br>ROCK FUEL MEDIA, INC., a California corporation,<br>　　　　　Counterclaimant,<br>vs.<br>RESORTS WORLD LAS VEGAS LLC, a Delaware limited liability company,<br>　　　　　Counterdefendant. | Case No: 2:21-cv-02218-JAD-MDC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXPAND DEADLINES FOR THE BRIEFING OF MOTION FILED AS (ECF NO. 146)**<br><br>**(FIRST REQUEST)** |

　　　　RESORTS WORLD LAS VEGAS, LLC ("Resorts World"), ROCK FUEL MEDIA, INC. ("Rock Fuel"), and Non-Party IGT ("IGT"), by and through their undersigned counsel, hereby jointly move and stipulate to extend the briefing deadlines related to the briefing of Non-Party IGT's Motion to Shift Fees and Costs of Compliance with Rock Fuel Media, Inc.'s 30(b)(6) Subpoena to IGT and Recover other Fees and Costs Related to the Subpoena (ECF No. 146) pursuant to Local Rule 7-2(b) for the reasons outlined below.  The current deadline for responses/oppositions is August 14, 2025, and this is the first request for an extension of these deadlines.

　　　　Rock Fuel served a Deposition Subpoena, in cooperation with Resorts World, on Non-Party IGT.  The deposition occurred on May 7, 2025,  for which IGT is now seeking to recover

1 the fees and costs of compliance pursuant to Fed. R. Civ. P. 45 (ECF No. 146).

2 Counsel for the parties and non-party IGT agree that additional time to respond is necessary to assist the parties in preparing briefing due to the briefing currently underway for the Motions filed under ECF No. 128 and ECF No. 132. This briefing schedule also accounts for the Labor Day holiday weekend, which includes a federal holiday and office closures. The parties therefore mutually agree and stipulate that Oppositions to ECF No. 146 be due on **August 28, 2025** and Replies be due on September 11, 2025.

**IT IS SO STIPULATED.**

DATED this 12th day of August, 2025.
**GREENBERG TRAURIG, LLP**

 */s/  Behtany L. Rabe*
Mark G. Tratos (NV Bar No. 1086)
Bethany L. Rabe (NV Bar No. 11691)
Kimberly J. Cooper (NV Bar No. 9533)
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Attorneys for Resorts World Las Vegas*

DATED this 12th day of August, 2025.
**SPENCER FANE, LLP**

 */s/  Linda K. Williams*
Vincent J. Aiello (NV Bar No. 7970)
Linda K. Williams (NV Bar No. 12135)
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101
*Attorneys for Rock Fuel Media, Inc.*

DATED this 12th day of August, 2025.
**RICE REUTHER SULLIVAN & CARROLL, LLP**

 */s/  Anthony J. DiRaimondo*
David Carroll (NV Bar No. 7643)
Anthony J. DiRaimondo (NV Bar No. 10875)
Robert E. Opdyke (NV Bar No. 12841)
3800 Howard Hughes Pkwy, Suite 1200
Las Vegas, NV 89169
*Attorneys for Non-Party IGT*

**IT IS SO ORDERED.**

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE
DATED: August 13, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that pursuant to Fed. R. Civ. P. 5(b), I filed a true and correct copy of the foregoing **STIPULATION AND PROPOSED ORDER TO EXPAND DEADLINES FOR THE BRIEFING OF MOTION FILED AS (ECF NO. 146)** via the Court's CM/ECF system on the 12th day of August, 2025. Notice of filing will be served all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

| | |
|---|---|
| MARK G. TRATOS<br>BETHANY L. RABE<br>KIMBERLY J. COOPER<br>**GREENBERG TRAURIG, LLP**<br>10845 Griffith Peak Dr., Ste. 600<br>Las Vegas, NV 89135<br>*Attorneys for Plaintiff/Counterdefendant,*<br>*Resorts World Las Vegas LLC*<br><br>Emails:<br>tratosm@gtlaw.com<br>rabeb@gtlaw.com<br>cooperk@gtlaw.com | DAVID A. CARROLL<br>ANTHONY J. DIRAIMONDO<br>ROBERT E. OPDYKE<br>**RICE REUTHER SULLIVAN &**<br>**CARROLL, LLP**<br>3800 Howard Hughes Pkwy, Suite 1200<br>Las Vegas, NV 89169<br>*Attorneys for Non-Party IGT*<br><br>Emails:<br>dcarroll@rrsc-law.com<br>adiraimondo@rrsc-law.com<br>ropdyke@rrsc-law.com |

*/s/ Linda K. Williams*
An employee of Spencer Fane LLP