MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
tratosm@gtlaw.com
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
rabeb@gtlaw.com
KIMBERLY J. COOPER, ESQ.
Nevada Bar No. 9533
cooperk@gtlaw.com
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: (702) 792-3773 Fax: (702) 792-9002
*Counsel for Plaintiff/Counterdefendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Resorts World Las Vegas LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Rock Fuel Media, Inc,<br><br>　　　　　　　　Defendant. | CASE NO. 2:21-cv-02218-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR RESORTS WORLD LAS VEGAS LLC TO RESPOND TO NON-PARTY IGT'S MOTION TO SHIFT FEES AND COSTS OF COMPLIANCE WITH ROCK FUEL MEDIA, INC.'S 30(B)(6) SUBPOENA TO IGT AND RECOVER OTHER FEES AND COSTS RELATED TO THE SUBPOENA**<br><br>**(Second Request)** |

　　　　RESORTS WORLD LAS VEGAS, LLC ("Resorts World"), and Non-Party IGT ("IGT"), by and through their undersigned counsel, hereby stipulate to extend Resorts World's response deadline related to the briefing of Non-Party IGT's Motion to Shift Fees and Costs of Compliance with Rock Fuel Media, Inc.'s 30(b)(6) Subpoena to IGT and Recovery other Fees and Costs Related to the Subpoena (ECF No. 146) pursuant to Local Rule 7-2(b) for the reasons outlined below.  The current deadline for responses/oppositions is August 28, 2025, and this is the second request for an extension of this deadline and this extension applies to Resorts World only.

1

ACTIVE 714279916v1

Counsel for Resorts World and non-party IGT agree that additional time to respond is necessary and supported by good cause because Resorts World and non-party IGT are still meeting and conferring about resolving the dispute between them without court intervention, which resolution may not be possible before the Labor Day holiday. The parties therefore mutually agree and stipulate that Resorts World's response to ECF No. 146 be extended by one week to **September 4, 2025**.

IT IS SO STIPULATED.

DATED this 28th day of August, 2025.

**GREENBERG TRAURIG, LLP**

  /s/  Bethany Rabe
Mark G. Tratos (NV Bar No. 1086)
Bethany L. Rabe (NV Bar No. 11691)
Kimberly J. Cooper (NV Bar No. 9533)
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Attorneys for Resorts World Las Vegas*

DATED this 28th day of August, 2025.

**RICE REUTHER SULLIVAN & CARROLL, LLP**

  /s/  Anthony DiRaimondo
David Carroll (NV Bar No. 7643)
Anthony J. DiRaimondo (NV Bar No. 10875)
Robert E. Opdyke (NV Bar No. 12841)
3800 Howard Hughes Pkwy, Suite 1200
Las Vegas, NV 89169
*Attorneys for Non-Party IGT*

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: August 29, 2025

ACTIVE 714279916v1

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the **28th day of August, 2025**, a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR RESORTS WORLD LAS VEGAS LLC TO RESPOND TO NON-PARTY IGT'S MOTION TO SHIFT FEES AND COSTS OF COMPLIANCE WITH ROCK FUEL MEDIA, INC.'S 30(B)(6) SUBPOENA TO IGT AND RECOVER OTHER FEES AND COSTS RELATED TO THE SUBPOENA** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

                                                     */s/ Chris Darling*
                                        An employee of Greenberg Traurig, LLP