**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Resorts World Las Vegas LLC | Case No.: 2:21-cv-02218-JAD-VCF |
| Plaintiff | |
| v. | **Order Dismissing Resorts World's Claims and Directing Entry of Final Judgment** |
| Rock Fuel Media, Inc. | [ECF No. 172] |
| Defendant | |

On March 12, 2026, I granted Resorts World Las Vegas LLC's motion for summary judgment on Rock Fuel Media, Inc's trade-secret, breach-of-contract, and unjust-enrichment counterclaims.[1]  But Resorts World didn't move for summary judgment on its own claims, so I deferred entering final judgment and ordered the parties to "file a joint status report explaining what is left to do in this case."[2]  On March 30th, the parties filed a report requesting dismissal of Resorts World's complaint and the entry of final judgment consistent with my summary-judgment findings.[3]  Accordingly,

Based on the parties' agreement, Resorts World's complaint against Rock Fuel Media, Inc. [ECF No. 1] is DISMISSED without prejudice.  **The Clerk of Court is directed to ENTER FINAL JUDGMENT** in favor of Resorts World Las Vegas LLC and against Rock Fuel Media, Inc. on all of Rock Fuel's counterclaims and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
April 8, 2026

---

[1] ECF No. 170.

[2] *Id.* at 37.

[3] ECF No. 172.