Vincent J. Aiello, Esq.
Nevada Bar No. 007970
Linda K. Williams, Esq.
Nevada Bar No. 012135
Sonny P. DeFreitas, Esq.
Nevada Bar No. 017184
SPENCER FANE, LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone (702) 408-3419
Facsimile (702) 938-8648
Email: vaiello@spencerfane.com
        lwilliams@spencerfane.com
        sdefreitas@spencerfane.com
*Attorneys for Defendant/Counter-Claimant*
*Rock Fuel Media, Inc.*

**Spencer Fane LLP**
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702–408-3400 Fax: 702–408-3401

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RESORTS WORLD LAS VEGAS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ROCK FUEL MEDIA, INC., a California corporation,<br><br>Defendant. | Case No: 2:21-cv-02218-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO RESPOND TO MOTION FOR ATTORNEYS FEES AND BILL OF COSTS**<br><br>**(FIRST REQUEST)** |
| ROCK FUEL MEDIA, INC., a California corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>RESORTS WORLD LAS VEGAS LLC, a Delaware limited liability company,<br><br>Counterdefendant. | |

Defendant/Counterclaimant ROCK FUEL MEDIA, INC. ("Rock Fuel"), by and through its counsel of record, Spencer Fane LLP, and Plaintiff/Counter-Defendant RESORTS WORLD LAS VEGAS LLC ("Resorts World"), by and through its counsel of record, Greenberg Traurig, LLP, hereby stipulate to extend Rock Fuel's deadline to file its opposition to Resorts World's Motion for Attorneys' Fees, filed on April 22, 2026 [ECF No. 176], and its objection to Resorts

World's Bill of Costs, filed on April 22, 2026 [ECF No. 175], as follows:

1.     Rock Fuel's current deadline to file its opposition to the Motion for Attorneys' Fees and its objection to the Bill of Costs is May 6, 2026.

2.     Rock Fuel's deadline to file its opposition to the Motion for Attorneys' Fees and its objection to the Bill of Costs should be extended by fourteen (14) days, making the opposition and objection due on May 20, 2026.

3.     Resorts World's deadline to file any replies in support of the Motion for Attorneys' Fees and Bill of Costs should be extended by fourteen (14) days, making the replies due on June 3, 2026.

4.     This is the first request to extend Rock Fuel's deadline to file its opposition to the Motion for Attorneys' Fees and its objection to the Bill of Costs. This request is brought in good faith and not for the purpose of delay.

5.     Good cause exists for the requested extension because the Motion for Attorneys' Fees seeks a substantial fee award and is supported by voluminous billing records, and the Bill of Costs requires review of the specific costs claimed and supporting documentation. The requested extension will permit Rock Fuel to adequately evaluate and respond to both filings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this  29th day of April 2026          DATED this 29th day of April 2026

**GREENBERG TRAURIG, LLP**          **SPENCER FANE, LLP**

By:*/s/ Mark G. Tratos*          By:*/s/ Sonny P. DeFreitas*
MARK G. TRATOS          Vincent J. Aiello, Esq.,
Nevada Bar No. 1086          Nevada Bar No. 7970
BETHANY L. RABE          Linda K. Williams, Esq.
Nevada Bar No. 11691          Nevada Bar No. 12135
KIMBERLY J. COOPER          Sonny P. DeFreitas, Esq. 017184
Nevada Bar No, 9553          *Attorneys for Defendant/Counterclaimant*
*Attorneys for Plaintiff/Counterdefendant,*          *Rock Fuel Media, Inc.*
*Resorts World Las Vegas LLC*

**Spencer Fane LLP**
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702-408-3400 Fax: 702-408-3401

**ORDER**

IT IS SO ORDERED. Rock Fuel's deadline to file its opposition to Resorts World's Motion for Attorneys' Fees and its objection to Resorts World's Bill of Costs is continued to Wednesday, May 20, 2026. Resorts World's deadline to file any replies in support of the Motion for Attorneys' Fees and Bill of Costs is continued to Wednesday, June 3, 2026.

_____
Jennifer A. Dorsey
United States District Judge
Dated: 5/4/2026

**Spencer Fane LLP**
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702-408-3400 Fax: 702-408-3401

**CERTIFICATE OF SERVICE**

I hereby certify that pursuant to Fed. R. Civ. P. 5(b), I filed a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINES TO RESPOND TO MOTION FOR ATTORNEYS FEES AND BILL OF COSTS** via the Court's CM/ECF system on the 29th day of April, 2026. Notice of filing will be served all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

MARK G. TRATOS
BETHANY L. RABE
KIMBERLY J. COOPER
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Dr., Ste. 600
Las Vegas, NV 89135
*Attorneys for Plaintiff/Counterdefendant,
Resorts World Las Vegas LLC*

Emails:
tratosm@gtlaw.com
rabeb@gtlaw.com
cooperk@gtlaw.com

DAVID A. CARROLL
ANTHONY J. DIRAIMONDO
ROBERT E. OPDYKE
**RICE REUTHER SULLIVAN &
CARROLL, LLP**
3800 Howard Hughes Pkwy, Suite 1200
Las Vegas, NV 89169
*Attorneys for Non-Party IGT*

Emails:
dcarroll@rrsc-law.com
adiraimondo@rrsc-law.com
ropdyke@rrsc-law.com

/s/ Charlene Coffman
An employee of Spencer Fane LLP

**Spencer Fane LLP**
300 South Fourth Street, Suite 1600
Las Vegas, NV  89101-6019
Phone: 702-408-3400 Fax: 702-408-3401